VIRGIE EDWARDS, as Administratrix of the Estate of ERVIN EDWARDS, Deceased, Plaintiff, v. SOPHKIRSH HOLDING CORP., Defendant and Third-Party Plaintiff-Appellant. FAIRBANKS FUEL CORP., Third-Party Defendant-Respondent.

Submitted November 17, 1952; decided December 4, 1952.

*Abraham Richmond* and *Norman Lustig* for appellant.

*Robert E. Curran* and *William R. Ahmuty, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.